NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**REORGANIZED RFS CORPORATION &
SUBSIDIARIES, FOR ITSELF AND AS
SUBSTITUTE AGENT FOR RELIANCE GROUP
HOLDING, INC. & SUBSIDIARIES,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2014-5052

———————————

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00371-TCW, Judge Thomas C. Wheeler.

———————————

**ON MOTION**

———————————

**O R D E R**

The parties submit a joint stipulation to dismiss the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b), which the court treats as a motion to withdraw the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21


ISSUED AS A MANDATE: September 3, 2014